**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **HILDA McCURDY, BABET McCURDY-BENJAMIN.** | ) | |
| **Plaintiffs,** | ) | **Case No. 1:23-cv-0018** |
| **v.** | ) | |
| **JOHNSON & JOHNSON,** | ) | |
| **Defendant.** | ) | |

**ORDER**[1]

**THIS MATTER** comes before the Court on the Report and Recommendation (Dkt No. 54) issued by Magistrate Judge Emile A. Henderson III on July 18, 2024, recommending dismissal of Plaintiffs' Amended Complaint, but without prejudice, affording Plaintiffs leave to amend. *Id*. at 14. The Court conducted a de novo review of the record and has made an independent determination finding no error.[2] Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, Dkt. No. 54, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint, Dkt. No. 15, is **GRANTED**; it is further

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

**ORDERED** that Plaintiffs' Amended Complaint, Dkt. No. 14, is **DISMISSED WITHOUT PREJUDICE**; it is further

**ORDERED** that Plaintiffs shall have up to and including **September 30, 2026**, within which to file an amended complaint; it is further

**ORDERED** that, in the event Plaintiffs fail to file an amended complaint as directed, the Court **SHALL** dismiss the above-captioned matter without further notice to Plaintiffs; it is further

**ORDERED** that the Clerk of Court **SHALL** send a copy of this Order to Plaintiffs, Hilda McCurdy and Babet McCurdy-Benjamin, by certified mail, return-receipt requested, and **SHALL** file a copy of the return receipt on the docket.

**Dated:** September 9, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**